ELIZABETH B. WADSWORTH, PLAINTIFF-APPELLANT, v.
THE BOARD OF ADJUSTMENT OF THE TOWNSHIP OF
BEDMINSTER, IN THE COUNTY OF SOMERSET, STATE
OF NEW JERSEY, AND LESLIE M. APGAR, BUILDING
INSPECTOR OF THE TOWNSHIP OF BEDMINSTER, DE-
FENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued January 29, 1951—Decided February 5, 1951.

504

* * *

Before Judges FREUND, PROCTOR and ROGERS.

Mr. *Robert R. Daly* argued the cause for the plaintiff-appellant (*Messrs. Daly, Hillis, Hall & McCormick,* attorneys).

Mr. *Leon Gerofsky* argued the cause for the respondents (*Mr. William T. Stewart, Jr.,* of counsel).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Brennan in the court below.